UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14018-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ALFREDO MATA-MORALES,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on July 25, 2008. A Report and Recommendation was filed on August 1, 2008, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the one count Indictment which charges the Defendant, an alien, having been convicted of an aggravated felony, to wit: Carrying Concealed Firearm, in Case No. 02-1326-CF and Third Degree Grand Theft, in Case No. 03-1723-CF, on or about February 18, 2004 in Saint Lucie County, Florida, having been previously deported to Mexico from the United States on or about October 20, 2004, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security as designated by Title 6,

United States Code, Section 202(3) and 202(4); and 557, having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a)(b)(2).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14 day of August, 2008.

```
_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE
```

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office